In the Matter of CITY BANK FARMERS TRUST COMPANY, as Agent for KAROLYNA COMPANY, LTD., Appellant. MEDO PHOTO SUPPLY CORPORATION, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*William E. Friedman* for motion.
*Stanley Gray Horan* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the necessary undertaking and pays $10 costs, in which events motion denied.